MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax: (702) 385-3001
Attorney for Defendant GLEN GARNER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GLEN GARNER

    Defendant.

CASE NO: 2:18-cr-0317-JAD-VCF

**STIPULATION TO CONTINUE TIME TO FILE MOTION FOR REVIEW OF DETENTION ORDER PURSUANT TO U.S.C. § 3145(b)**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, by and through Brandon Jaroch, and Mace J. Yampolsky, Esq., counsel for Defendant Glen Garner that:

1. Defendant Glen Garner be granted an extension of time up through and including December 20, 2018 to file his Motion for Review of Detention Order Pursuant to U.S.C. § 3145(b).
2. Defendant's Motion is currently due Monday, November 26, 2018.
3. Defendant is in need of additional time because Defendant is in the process of obtaining germane information to be considered by this Court.
4. Denial of this request for continuance could result in a miscarriage of justice.
5. This is the first request to continue the time for Defendant to file this motion.

///

///

///

///

6. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

DATED this 20th day of November, 2018.

| /s/ Brandon Jaroch | /s/ Mace J. Yampolsky |
|---|---|
| Brandon Jaroch | Mace J. Yampolsky, Esq. |
| Assistant United States Attorney | Counsel for Defendant Garner |
| Counsel for Plaintiff | |

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax: (702) 385-3001
Attorney for Defendant GLEN GARNER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No: 2:18-cr-0317-JAD-VCF |
| vs. | |
| GLEN GARNER, | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Defendant's Motion for Review of Detention Order Pursuant to U.S.C. § 3145(b) is due November 26, 2018.
2. Defendant is in need of additional time because Defendant is in the process of obtaining germane information to be considered by this Court.
3. The Defendant is in custody, and agrees to this extension of time.
4. Denial of this request for continuance could result in a miscarriage of justice.
5. This is the first request to continue the time to file the Motion.
6. Defense and government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

///

///

///

**ORDER**

IT IS THEREFORE ORDERED that Defendant Glen Garner shall have up through and including December 20, 2018 to file his Motion for Review of Detention Order Pursuant to U.S.C. § 3145(b).

_____
UNITED STATES DISTRICT JUDGE
DATED: 11/28/2018
Nunc pro tunc: 11/26/2018