# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No: 2:18-cr-317- JAD- VCF |
| Vs. | ) **ORDER** |
| GLEN EDWARD GARNER, | ) ECF No. 20 |
| Defendant. | ) |

IT IS HEREBY ORDERED that the United States Department of Parole and Probation will prepare a Pre-Plea Presentence Report on the Defendant GLEN EDWARD GARNER

DATED this ____14th____ day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE