BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300
E-mail: rpocker@bsfllp.com

Attorneys for Defendant
  GLEN EDWARD GARNER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>GLEN EDWARD GARNER,<br><br>           Defendant. | Case No.: 2:18-cr-00317-JAD-VCF |

**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR DISCLOSURE OF INFORMATION REGARDING CONFIDENTIAL INFORMANT**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant GLEN EDWARD GARNER, by and through his attorney (Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner LLP), and the Plaintiff UNTIED STATES OF AMERICA (hereinafter "the Government") by and through its attorney (Assistant United States attorney Kevin Schiff) that the hearing scheduled for June 28, 2019 with respect to Defendant GARNER's Motion for Disclosure of Information Regarding Confidential Informant be continued to and including a date between July 9 and 12, 2019.

This Stipulation is entered into for the following reasons:

1

1. The present case is currently set for trial on July 16, 2019. On May 15, 2019, Defendant GARNER filed his Motion for Disclosure of Information Regarding Confidential Informant (ECR No. 39). The Government filed a Response on May 29, 2019, to which Defendant GARNER replied on June 5, 2019 (ECR Nos. 40 and 41). On June 12, 2019, the Court entered its Order scheduling a hearing with respect to this Motion for June 28, 2019 at 10:00 a.m. (ECR No. 42).

2. Counsel for Defendant GARNER is currently scheduled to be outside of the District of Nevada on June 28, 2019, attending the Annual Meeting of the State Bar of Nevada in Vail, Colorado in his capacity as President of the State Bar of Nevada. Consequently, the parties hereby agree and stipulate that the above-reverenced Motion hearing currently set for June 28, 2019 be vacated and rescheduled to a date between July 9 and 12, 2019, or whatever later alternative date the Court determines.

3. Defendant GARNER is presently free on pretrial release, and the approval of this Stipulation will not negatively impact his trial preparation. In fact, resolution of his Motion is essential for his preparation for trial. Counsel for Defendant GARNER is also considering seeking a continuance of the July 16, 2019 trial date to insure that whatever information the Court orders the Government to provide can be adequately utilized in the preparation for trial.

4. This is the first request to continue the date of the hearing on Defendant GARNER's Motion.

Dated this 13th day of June, 2019.

| BOIES SCHILLER FLEXNER LLP | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By: /s/ Richard J. Pocker<br>RICHARD J. POCKER, ESQ.<br>Nevada Bar No. 3568<br>300 S. Fourth St., Suite 800<br>Las Vegas, Nevada 89101<br>Counsel for Glen Edward Garner | /s/ Kevin Schiff<br>Kevin D. Schiff<br>Assistant United States Attorney |

## ORDER

Based upon the pending Stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED THAT the June 28, 2019 hearing on Defendant GARNER's Motion for Disclosure of Information Regarding Confidential Informant is vacated, and continued to July 12, 2019 at 11 .am./~~p.m.~~.

Dated this 20th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE