NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE (702) 388-6336
FAX (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00317-JAD-VCF |
| Plaintiff, | **PROTECTIVE ORDER** |
| vs. | |
| GLEN EDWARD GARNER, | |
| Defendant. | |

The United States Attorney for the District of Nevada, Nicholas A. Trutanich, and Kevin Schiff, Assistant United States Attorney, has previously moved for, and this Court has granted in part a protective order to govern the forthcoming disclosure of information regarding a witness ("the witness") who will testify for the Government against Defendant. ECF No. 47. That order the Government was directed to draft a limited protective order. *Id*.

This protective Order is to limit dissemination of information regarding the witness to the public or to third parties not directly related to this case. The defense will be provided an encrypted DVD containing materials ("protected information") relating to the witness, including but not limited to: documentation directly naming the witness; criminal history documentation of the witness; Court documentation listing the witness; and Federal Bureau of Investigation documentation naming or concerning the witness.

Without leave of Court, the parties to this matter, defined herein for the matters of this protective order as the Government, Defendant, counsel for Defendant, as well as employees of the Boies Schiller Flexner, LLLP ("the defense team"), shall not:

    a. make copies of protected information DVD, permit dissemination of the protected materials contained therein to parties outside the defense team, or allow Defendant to take possession of the protected information DVD or have materials printed from the DVD outside the presence of the defense team;

    b. make copies for, or allow copies of any kind to be made by any other person of the protected information;

    c. allow any other person outside of the defense team to read the protected information;

    d. use the protected information for any other purpose other than preparing to defend against the charges in the Indictment or any further superseding indictment arising out of this case;

    e. attach the protected information to any pleading, brief, or court filings except to the extent those filings are filed under seal.

This order does not concern the parties' use of, or introduction of the protected information as evidence at trial. Upon conclusion of this action, the defense team shall return to the United States the encrypted DVD, or destroy and certify to government

*///*

*///*

counsel the destruction of the protected information, within a reasonable time, not to exceed thirty days after the last appeal is final.

IT IS SO ORDERED:

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 8-1-2019