BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300

Attorneys for Defendant
  GLEN EDWARD GARNER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>GLEN EDWARD GARNER,<br><br>            Defendant. | Case No.: 2:18-cr-00317-JAD-VCF |

**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT GARNER'S ARRAIGNMENT**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant GLEN EDWARD GARNER, by and through his attorney (Richard J. Pocker, Esq. of the law firm of Boies Schiller Flexner LLP), and the Plaintiff UNITED STATES OF AMERICA (hereinafter, "the Government"), by and through its attorney (Assistant United States Attorney Kevin Schiff), as follows:

1.      On December 30, 2020, the federal grand jury returned a Superseding Indictment in the present case, revising the language of the one offense charged in the original Indictment.  The Court has scheduled Defendant GARNER's arraignment on that Superseding Indictment for January 6, 2021 at 11:00 a.m.

2.	As the Court has been previously advised, Defendant GARNER tested positive for the COVID-19 virus in the past two months, resulting in his self-quarantine and continued monitoring of his symptoms and conditions.  As with prior hearings in the present case, Defendant GARNER is not willing to waive his right to be physically present in the court room during proceedings with the Court.  Given his recent encounter with COVID-19.  Defendant GARNER wishes to both protect the health of all participants in the arraignment hearing and to insure that he satisfies the protocols of the Court for in person attendance.  In light of these considerations, Defendant GARNER requests that the date for his arraignment be continued by at least eight (8) days, in order to determine what he and his counsel need to do to protect his right to personally participate in that hearing, as well as to meet the necessary health protection protocols.  The Government has no objection to Defendant GARNER's request.  The present case is set for trial in May of 2021, and a short continuance of the arraignment hearing will not effect the schedule for resolving the present case.

3.	This is the first request for a continuance of Defendant GARNER's arraignment on the Superseding Indictment.

DATED this 5th day of January, 2021.

| BOIES SCHILLER FLEXNER LLP | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By: /s/ Richard J. Pocker<br>    RICHARD J. POCKER, ESQ.<br>    Counsel for Glen Edward Garner | By: /s/ Kevin Schiff<br>    KEVIN SCHIFF<br>    Assistant United States Attorney |

BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER, ESQ.
Nevada Bar No. 3568
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Telephone (702) 382-7300

Attorneys for Defendant
  GLEN EDWARD GARNER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>GLEN EDWARD GARNER,<br><br>         Defendant. | Case No.: 2:18-cr-00317-JAD-VCF |

**ORDER**

Based upon the pending Stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the Arraignment and Plea hearing scheduled for January 6, 2021, at 11:00 a.m., is vacated and continued to Thursday, January 14, 2021, at the hour of 3:00 p.m., in courtroom 3D before Magistrate Judge Elayna J. Youchah.

DATED this 5th day of January, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3