# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:18-cr-00317-JAD-VCF |
| vs. | **ORDER** |
| GLEN EDWARD GARNER, | |
| Defendant. | |

Before the Court is the Government's Motion To Revoke Defendant's Personal Recognizance Bond (ECF No. 100).

Accordingly,

IT IS ORDERED that an evidentiary hearing on Government's Motion To Revoke Defendant's Personal Recognizance Bond (ECF No. 100), is set for **July 26, 2021 at 10:00 AM**, in courtroom 3D, before Judge Cam Ferenbach.

DATED this 18th day of June, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE