**YI LIN ZHENG, ESQ.**
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley View Blvd Ste 16
Las Vegas, Nevada 89102-0168
Phone: (702) 385-7170
VegasGoldenLaw@gmail.com
Attorney for Defendant
GLEN EDWARD GARNER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GLEN EDWARD GARNER,<br><br>Defendant. | CASE NO: 2:18-CR-317-JAD-VCF<br><br>**STIPULATION TO EXTEND TIME TO RE-FILE MOTION TO DISMISS AND MOTION TO SUPPRESS** |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHU, Acting United States Attorney, and JOSHUA BRISTER, Assistant United States Attorney, counsel for the United States of America, and YI LIN ZHENG, ESQ., CJA counsel for GLEN EDWARD GARNER, that the time for the re-file [114] Motion to Dismiss, and [116] Motion to Suppress be extended until October 20, 2021. This Stipulation is entered into for the following reasons:

1. That while the defense would like to litigate the merits of the issues presented in [114] Motion to Dismiss and [116] Motion to Suppress, filed by prior CJA counsel Richard Pocker, Esq., it should be noted that those many of those issues are directed at the Superseding Indictment. Howevr, the Government has since returned a Second Superseding Indictment against Mr. Garner. Thus, it may render moot some of the

issues presented in the originally filed motions [114; 116].

2. As such, it is necessary for counsel to review the grand jury transcripts of the Second Superseding Indictment to make a more accurate determination regarding which arguments can and should be re-filed.

3. The parties have discussed making the grand jury transcripts of the Second Superseding Indictment available to the defense for review. Consistent with the Court's June 1, 2020 order, the government has agreed to turn over the most recent grand jury testimony to the defense, which has just been received.

4. To effectively and thoroughly review all necessary data, have time to confer with client, to re-draft and re-file meaningful motions to the court on defendant's behalf, counsel requires additional time. Likewise, the Government would need an opportunity to respond.

5. That counsel for the Defendant has consulted with AUSA Joshua Brister and he does not object to said enlargement of time to allow the Defense until October 20, 2021 to file a Supplement, the Government shall have until November 3, 2021to file its response, and any reply by the defense shall be file on or before November 10, 2021.

STIPULATION entered by:

/s/ Yi Lin Zheng
_____
YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
530 S. Seventh St.
Las Vegas, Nevada 89101
Attorney for the Defendant
GLEN EDWARD GARNER

STIPULATION entered by:

/s/ Joshua Brister
_____
CHRISTOPHER CHU
Acting United States Attorney
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GLEN EDWARD GARNER,<br><br>　　　　Defendant. | CASE NO: 2:18-CR-317-JAD-VCF<br><br>**ORDER EXTEND TIME TO RE-FILE MOTION TO DISMISS AND MOTION TO SUPPRESS** |

　　Upon Stipulation of the parties:

　　**IT IS HEREBY ORDERED** that the Defendant shall have until October 20, 2021 to file a re-file [114] Motion to Dismiss, and [116] Motion to Suppress.

　　**IT IS FURTHER ORDERED** that the Government shall have until November 3, 2021to file its response.

　　**IT IS FURTHER ORDERED** that any reply by the defense shall be file on or before November 10, 2021.

　　DATED this 16th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE