**YI LIN ZHENG, ESQ.**
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley View Blvd Ste 16
Las Vegas, Nevada 89102-0168
Phone: (702) 385-7170
VegasGoldenLaw@gmail.com
Attorney for Defendant
GLEN EDWARD GARNER

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GLEN EDWARD GARNER,<br><br>Defendant. | CASE NO: 2:18-CR-317-JAD-VCF<br><br>**STIPULATION TO EXTEND TIME TO RE-FILE MOTION TO DISMISS AND MOTION TO SUPPRESS (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHU, Acting United States Attorney, and JOSHUA BRISTER, Assistant United States Attorney, counsel for the United States of America, and YI LIN ZHENG, CJA counsel for GLEN EDWARD GARNER, that the time for the re-file [114] Motion to Dismiss, and [116] Motion to Suppress be extended until November 5, 2021. This Stipulation is entered into for the following reasons:

1.  That while the defense would like to litigate the merits of the issues presented in [114] Motion to Dismiss and [116] Motion to Suppress, filed by prior CJA counsel Richard Pocker, Esq., it should be noted that those many of those issues are directed at the Superseding Indictment. However, the Government has since returned a Second Superseding Indictment against Mr. Garner. Thus, it may render moot some of the

issues presented in the originally filed motions [114; 116].

2.	Since the last stipulation, counsel has reviewed the grand jury transcripts of the Second Superseding Indictment to make a more accurate determination regarding which arguments can and should be re-filed. Counsel has completed the Motion to Suppress but needs additional time to re-draft the Motion to Dismiss.

3.	Additionally, the parties have conferred and awaiting the reproduction of certain portions of discovery, which was not transferred with the file. To effectively and thoroughly review all necessary data, have time to confer with client, to re-draft and re-file meaningful motions to the court on defendant's behalf, counsel requires additional time. Likewise, the Government would need an opportunity to respond.

4.	That counsel for the Defendant has consulted with AUSA Joshua Brister and he does not object to said enlargement of time to allow the Defense until November 5, 2021 to file a Supplement, the Government shall have until November 19, 2021to file its response, and any reply by the defense shall be file on or before December 3, 2021.

STIPULATION entered by:                     STIPULATION entered by:

/s/ Yi Lin Zheng                            /s/ Joshua Brister
_____               _____
YI LIN ZHENG, ESQ.                          CHRISTOPHER CHU
Nevada Bar No. 10811                        Acting United States Attorney
530 S. Seventh St.                          JOSHUA BRISTER
Las Vegas, Nevada 89101                     Assistant United States Attorney
Attorney for the Defendant                  501 Las Vegas Blvd. South, Ste. 1100
GLEN EDWARD GARNER                          Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>GLEN EDWARD GARNER,<br><br>    Defendant. | CASE NO: 2:18-CR-317-JAD-VCF<br><br>**ORDER EXTEND TIME TO RE-FILE MOTION TO DISMISS AND MOTION TO SUPPRESS (SECOND REQUEST)** |

Upon Stipulation of the parties:

**IT IS HEREBY ORDERED** that the Defendant shall have until November 5, 2021 to file a re-file [114] Motion to Dismiss, and [116] Motion to Suppress.

**IT IS FURTHER ORDERED** that the Government shall have until November 19, 2021to file its response.

**IT IS FURTHER ORDERED** that any reply by the defense shall be file on or before December 3, 2021.

DATED this 20th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE