CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14843
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6370 (phone)
702-388-5087 (fax)
joshua.brister@usdoj.gov
*Attorney for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:18-cr-00317-JAD-VCF |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTIONS |
| v. | (ECF Nos. 140, 141, and 142) |
| GLEN EDWARD GARNER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney; JOSHUA BRISTER, Assistant United States Attorney, counsel for the United States of America; and YI LIN ZHENG, ESQ., counsel for defendant, that the response deadlines for ECF Nos. 140, 141, and 142, be vacated and re-set for a time convenient to all parties, but no earlier than 30 days.

This Stipulation is entered into for the following reason:

1. The government is investigating new information that may render defendant's motions moot.

2. The parties agree to the continuance.

3.  The defendant does not object to the continuance.

4.  The additional time requested herein is not sought for purposes of delay and would not affect the April 12, 2022 trial date.

DATED this the 15th day of November, 2021.

        CHRISTOPHER CHIOU
        Acting United States Attorney

        /s/
        JOSHUA BRISTER
        Assistant United States Attorney

        /s/
        YI LIN ZHENG, ESQ.
        Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GLEN EDWARD GARNER,<br><br>　　　　Defendant. | Case No.: 2:18-cr-00317-JAD-VCF<br><br>**ORDER** |

　　　IT IS ORDERED that the response deadlines for ECF Nos. 140, 141, and 142 be vacated and re-set for December 17, 2021.

　　　DATED this 16th day of November, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE