**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00317-JAD-VCF |
| Plaintiff, | **ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| GLEN EDWARD GARNER, | ECF No. 145 |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the Acting United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant Glen Edward Garner contained in the Indictment in case number 2:18-cr-00317-JAD-VCF.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada

*/s/ Joshua Brister*
_____
JOSHUA BRISTER
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant Glen Edward Garner contained in the Indictment in case number 2:18-cr-00317-JAD-VCF.

IT IS FURTHER ORDERED that defendant's pending motions [ECF Nos. 140, 141, and 142 are DENIED as moot.

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE
Dated: 12/7/2021